54 F.3d 769
 In re Jeffrey D. Lemke, Virginia Lemke; National Bank of Sussex County
v.
Beattie, Padovano, Breslin, Dunn & Kafafian, Jeffrey D.
Lemke, Virginia Lemke, Dunn & Kafafian, Emery C. Duell,
Martin W. Kafafian, First American Title Insurance Company,
Inc., First Jersey Title Services, Inc., Helen C. Ackerman,
Lora J. Musilli & Associates, County of Sussex
 NO. 94-5488
 United States Court of Appeals,
Third Circuit.
 Apr 06, 1995
 
 Appeal From: D.N.J., No. 93-cv-05679,
 Sarokin, J.
 
 
 1
 AFFIRMED.